UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINPRES GAS INJECTION LTD.,

    Plaintiff,                                        Civil Action No. 12-CV-13000

vs.                                             HON. BERNARD A. FRIEDMAN

VOLKSWAGEN GROUP OF
AMERICA, INC.,

    Defendant.
_____/

**ORDER REQUIRING PLAINTIFF TO RESPOND TO
DEFENDANT'S MOTION FOR RECONSIDERATION**

This matter is presently before the Court on defendant's motion for reconsideration [docket entry 55] of the Court's order denying defendant's motion to dismiss in favor of arbitration. Pursuant to E.D. Mich. LR 7.1(h)(2), the Court directs plaintiff to respond to defendant's motion for reconsideration, with a brief not to extend ten pages in length, within ten days of the date of this order.

        SO ORDERED.

Dated: February 5, 2013                    s/ Bernard A. Friedman
                                                     BERNARD A. FRIEDMAN
                                                     SENIOR UNITED STATES DISTRICT JUDGE