UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINPRES GAS INJECTION LTD.,

    Plaintiff,                                              Civil Action No. 12-CV-13000

vs.                                                     HON. BERNARD A. FRIEDMAN

VOLKSWAGEN GROUP OF
AMERICA, INC.,

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION
OF THE COURT'S ORDER GRANTING PLAINTIFF'S MOTION TO SEAL AND
DENYING DEFENDANT'S MOTIONS TO FILE UNDER SEAL**

        This matter is presently before the Court on defendant's motion [docket entry 68] for reconsideration of the Court's order granting plaintiff's motion to unseal and denying defendant's motions to file under seal. The motion is denied because defendant has not shown "a palpable defect by which the court . . . [has] been misled [and] that correcting the defect will result in a different disposition of the case." E.D. Mich. LR 7.1(h)(3). Court business is public business. Documents filed in court are, with *rare* exceptions, available for public examination. Documents filed in court may be sealed to protect trade secrets, national security and certain privacy interests, but only on a truly compelling showing of necessity. Defendant has made no such showing regarding the 2006 license agreement between Cinpres and Volkswagen AG, an agreement to which defendant is not a party and which the parties themselves did not label as being confidential.

        SO ORDERED.

Dated: March 6, 2013                        s/ Bernard A. Friedman
                                                        BERNARD A. FRIEDMAN
                                                        SENIOR UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 6, 2013 electronically or by U.S. mail.

                                                s/Michael Williams
                                                Relief Case Manager for the Honorable
                                                Bernard A. Friedman